453 A.2d 956

COMMONWEALTH of Pennsylvania

v.

Leigh Ann JONES, Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 19, 1982.

Decided Dec. 30, 1982.

John Mercuri, Moscow (Court-appointed), for appellant.

Ernest D. Preate, Jr., Dist. Atty., Scranton, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT, and HUTCHINSON, JJ.

ORDER

PER CURIAM:

Judgment of sentence affirmed.

O'BRIEN, C.J., dissents.